**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Susheel Kirpalani
James C. Tecce
Eric M. Kay

*Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al**.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP) |
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., et al.**<br><br>Plaintiff,<br><br>-against-<br><br>**LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS INC., LB 745 LLC, and BARCLAYS CAPITAL INC.,**<br><br>Defendants. | Adversary Proceeding<br><br>No. 09-01733 (JMP) |

### NOTICE OF APPEAL

The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. (the "Committee"), by and through its undersigned counsel, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(a), from the Order Dismissing Count I, Count

II and Count III in Committee's Adversary Complaint[1] (Docket No. 4) entered in the above-captioned proceeding on July 15, 2011 (the "Order"), by the United States Bankruptcy Court for the Southern District of New York (Hon. James M. Peck) (the "Bankruptcy Court").  Copies of the (i) Order and (ii) related Memorandum Opinion[2] (Docket No. 14612 in Case No. 08-13555) are attached as Exhibits A – B, respectively.

The names of all parties to this appeal and the names, addresses and telephone numbers of their respective counsel are as follows:

Appellant and Counsel:

Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Susheel Kirpalani
James C. Tecce
Eric M. Kay

Appellee and Counsel:

Barclays Capital Inc. and Barclays Bank PLC

Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300
Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stem

---

[1] Adversary Complaint shall mean the Complaint for Declaratory Relief Pursuant to 11 U.S.C. § 105(a) And 28 U.S.C. §§ 2201, 2202 And An Accounting, dated November 16, 2009 (Docket No. 1 in Adv. No. 09-01733).

[2] Opinion On Motions Seeking Modification Of The Sale Order Pursuant To Rule 60(b), The Trustee's Motion For Relief Under The SIPA Sale Order, Barclays' Cross-Motion To Enforce The Sale Orders And Adjudication Of Related Adversary Proceedings, dated February 22, 2011.

3

Other Party to Appeal and Counsel:

Lehman Brothers Holdings Inc., et al.

Jones Day
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
William J. Hine

Dated: July 28, 2011
       New York, New York

          **QUINN EMANUEL URQUHART
          & SULLIVAN, LLP**

          /s/ James C. Tecce
          Susheel Kirpalani
          James C. Tecce
          Eric M. Kay

          51 Madison Avenue, 22nd Floor
          New York, New York 10010
          Telephone No.: (212) 849-7000

          *Special Counsel to the Official Committee Of
          Unsecured Creditors Of Lehman Brothers
          Holdings Inc., et al.*